# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00068-CV

---

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and
Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**RPM Dining, LLC, Appellee**

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-004451, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed an Agreed Motion to Amend Memorandum Opinion. We reinstate the case, grant the motion, and issue this memorandum opinion abating the proceeding.

In April 2018, we granted an agreed motion filed by the parties and abated this appeal pending a decision by this Court in another pending case. That case, however, was recently dismissed after the parties settled their dispute, and the parties have since filed an agreed motion to amend our opinion abating the case. The parties ask that we amend our opinion to

reflect that the cause is abated pending the Texas Supreme Court's resolution of *EBS Solutions, Inc. v. Hegar*, No. 18-0503.[1]

We grant the motion and abate the appeal. Within 30 days after the date the supreme court issues its opinion and judgment in *EBS Solutions*, appellants shall file an opening brief or a motion to dismiss the appeal. Failure to do so may result in this Court's dismissal of the cause for want of prosecution. *See* Tex. R. App. 42.3(b).

Before Chief Justice Rose, Justices Baker and Triana

Abated

Filed: April 7, 2020

---

[1] *EBS Solutions* is the appeal of this Court's opinion in *Hegar v. EBS Solutions, Inc.*, 549 S.W.3d 849 (Tex. App.—Austin 2018, pet. filed) (en banc).